MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for United States of America

*IT IS SO ORDERED AS MODIFIED*
*/s/ James Ware*
*Judge James Ware*
*9/8/2010*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED JOHN LANDEROS, | No. C 10-00286 JW |
|     Plaintiff, | STIPULATION TO MEDIATION AND [PROPOSED] ORDER |
|     v. | |
| UNITED STATES OF AMERICA, et al., | |
|     Defendants | |

    Pursuant to ADR Local Rule 3-5(c), the parties to the above-entitled action hereby stipulate and request that the Court refer this case to the Court's mediation program.

                            Respectfully submitted,

DATED: August 31, 2010         LAW OFFICE OF ERIC F. HARTMAN

                            /s/ Eric F. Hartman
                            _____
                            ERIC F. HARTMAN
                            Attorney for Plaintiff

DATED: September 1, 2010      MELINDA HAAG
                            United States Attorney

                            /s/ Claire T. Cormier
                            _____
                            CLAIRE T. CORMIER[1]
                            Assistant United States Attorney

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION TO MEDIATION; [PROPOSED] ORDER
Case No.  C 10-00286 JW

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Pursuant to the stipulation of the parties, this case is hereby referred to the Court's |
| 3 | mediation program.  The parties shall hold the ADR session by the presumptive 90 day deadline. |

DATED: _September 8_, 2010

*/s/ James Ware*
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE