```
1   MELINDA HAAG (CSBN 132612)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   CLAIRE T. CORMIER (CSBN 154364)
    Assistant United States Attorney
4       150 Almaden Blvd., Suite 900
        San Jose, California 95113
5       Telephone: (408) 535-5082
        FAX: (408) 535-5081
6       claire.cormier@usdoj.gov

7   Attorneys for United States of America
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| FRED JOHN LANDEROS, ) | No. C 10-00286 JW |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING MEDIATION |
| v. ) | DEADLINE |
| ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

This case was previously referred to the Court's mediation program with a mediation deadline of December 8, 2010. The parties and the mediator scheduled a mediation session for November 19, 2010.

On September 8, 2010, defendant served by mail interrogatories and document requests on plaintiff. On October 18, 2010, when defendant's counsel inquired why no responses had been received, plaintiff's counsel advised that his office had not received the discovery requests. Defendant's counsel e-mailed copies of the requests the same day. On November 4, 2010, plaintiff provided written responses to the interrogatories and document requests. Plaintiff's counsel also advised defendant's counsel that plaintiff had multiple boxes of responsive documents. Defendant's counsel visited plaintiff's counsel's office on November 5, 2010 to determine whether the voluminous documents should be copied. In addition to copying

1  plaintiff's documents, it appears that subpoenas to persons and entities identified in plaintiff's
2  responses likely will be necessary.
3      Because of the unexpected delay and the significant quantity of the discovery,
4  defendant's counsel has postponed plaintiff's deposition (previously scheduled for November 9,
5  2010).
6      In order to allow defendant to complete the outstanding discovery and to conduct some
7  follow up discovery prior to mediation, the parties to this action HEREBY STIPULATE AND
8  REQUEST that the mediation deadline for this case be extended approximately 90 days to
9  March 7, 2011.  The parties do not seek any other modifications to the scheduling order at this
10 time.

Respectfully submitted,

DATED: November 5, 2010         LAW OFFICE OF ERIC F. HARTMAN

/s/ Eric F. Hartman

ERIC F. HARTMAN
Attorney for Plaintiff

DATED: November 8, 2010         MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier

CLAIRE T. CORMIER[1]
Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, **IT IS SO ORDERED.**

DATED: _November 9_, 2010         _/s/ James Ware_
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE
Case No.  C 10-00286 JW                  2