MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney
    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for United States of America

IT IS SO ORDERED
*/s/ James Ware*
Judge James Ware
3/31/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED JOHN LANDEROS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants | No. C 10-00286 JW<br><br>STIPULATION OF DISMISSAL |

    The parties to this action, through their attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a), and pursuant to the Stipulation of Settlement entered into by the parties to this action.

                                             Respectfully submitted,

DATED: March 17, 2011                LAW OFFICE OF ERIC F. HARTMAN

                                                             */s/ Eric F. Hartman*
                                                             ERIC F. HARTMAN
                                                             Attorney for Plaintiff

//
//
//
//

1  DATED: March 28, 2011          MELINDA HAAG
                                  United States Attorney

                                  /s/ Claire T. Cormier
                                  CLAIRE T. CORMIER[1]
                                  Assistant United States Attorney

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION OF DISMISSAL
Case No. C 10-00286 JW                    2